FILED
JUN 27 1989
ERK, U.S. DISTRICT CO...
... DISTRICT OF...

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR81-128-TJH |
| Plaintiff, ) | ORDER DISMISSING |
| ) | INDICTMENT WITH PREJUDICE |
| v. ) | |
| PATRICK PASSENHEIM, et al., ) | |
| Defendants. ) | |

ENTERED ON COURTRAN
JUL 17 1989

The Court, having read and considered the motion of the Defendant, PATRICK PASSENHEIM, to dismiss the indictment with prejudice, and having found that the post-indictment delay has in fact violated said Defendant's Sixth Amendment right to a speedy trial, and Fifth Amendment right to due process;

NOW THEREFORE it is ordered that indictment number CR81-128-TJH is dismissed against Defendant PATRICK PASSENHEIM only, with prejudice.

DATED: 6/27/89

TERRY J. HATTER, JR.
United States District Judge